MILLER BROS. HAT COMPANY, Appellant, *v.* A. D. SMITH SONS COMPANY, Respondent.

(Submitted March 31, 1924; decided April 8, 1924.)

Motion for re-argument denied, with ten dollars costs and necessary printing disbursements. (See 237 N. Y. 570.)

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ANTHONY CARFANO, Appellant.

*Appeal — failure to file return.*

People v. *Carfano*, 207 App. Div. 866, appeal dismissed.

(Submitted March 31, 1924; decided April 8, 1924.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the second judicial department, entered November 22, 1923, which reversed an order of Special Term directing the return of a pistol permit.

The motion was made upon the ground of failure to file the return.

*Charles J. Dodd, District Attorney* (*Henry J. Walsh* of counsel), for motion.

No one opposed.

Motion granted and appeal dismissed.